IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DANIEL WARD,

                    Plaintiff

          VS.

JO ANNE B. BARNHART,
S.S. Commissioner,

                    Defendant

NO. 5:04-CV-291(CWH)

SOCIAL SECURITY APPEAL
PETITION FOR ATTORNEY'S FEES

## O R D E R

Plaintiff's attorney has moved the court for an award of attorney's fees in the above-captioned case pursuant to 42 U.S.C. §406(b) for her successful representation of the plaintiff before this court. Tabs #28 and #32.  Plaintiff's attorney submits that she is due **$4,529.55** which the Social Security Administration has earmarked for attorney fees in Mr. Ward's case.  The Commissioner has responded to the motion and makes no objection to this court's awarding these attorney's fees.  Tab #33. Upon consideration of plaintiff's counsel's explanation of the time and work expended in the representation of her client, the undersigned finds her request to be reasonable.

Accordingly, IT IS ORDERED that the plaintiff's attorney's motion for the recovery of fees be **GRANTED** and that payment be forwarded forthwith to the plaintiff's attorney of record in the amount of **$4,529.55.**

SO ORDERED, this 15th day of MARCH, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE